Before ALITO and MCKEE, Circuit Judges, and SCHWARZER, Senior District Judge.*

OPINION OF THE COURT

PER CURIAM.

Defendant Joseph Shalata pled guilty to conspiracy to distribute in excess of 100 grams of heroin which resulted in the death of another person, in violation of 21 U.S.C. § 846. The District Court imposed sentence and entered judgment, and this appeal followed.

The defendant contends (1) that the District Court should have lessened his feder-

al sentence by according him full-time credit for a related state conviction and sentence already served and (2) that his guilty plea was not entered voluntarily, knowingly, and intelligently. In accordance with the defendant's instructions, defendant's counsel submitted a brief presenting these claims to this Court. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), however, defendant's counsel submitted a brief certifying that each of the issues raised by the defendant is without merit. We agree.

After reviewing counsel's *Anders* brief and engaging in an independent review of the record, *see United States v. Youla,* 241 F.3d 296, 299–300 (3d Cir.2001), we find no non-frivolous issues meriting appeal. Accordingly, pursuant to *Anders* and Third Circuit Local Appellate Rule 109.2(b), we affirm the judgment of the District Court and grant defense counsel's motion to withdraw.

**UNITED STATES of America,**

v.

**Sean JONES, Appellant.**

**No. 01–2898.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Feb. 10, 2003.

Decided Feb. 24, 2003.

Before ALITO and McKEE, Circuit Judges, and SCHWARZER, Senior District Judge.*

## OPINION OF THE COURT

PER CURIAM.

The defendant, Sean Jones, pled guilty to bank fraud in violation of 18 U.S.C. § 1344. He was sentenced to eight hours of imprisonment, three years of supervised release, a fine of $600.00, a special assessment of $50.00, and restitution in the amount of $8,255.00. After receiving multiple reports that the defendant had violated his supervised release, the District Court revoked the supervised release and sentenced the defendant to serve four months of imprisonment and two years and eight months of supervised release as well as to continue restitution payments beginning 30 days after his release from custody. This appeal followed.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and Third Circuit Local Appellate Rule 109.2(a), defendant's counsel certifies that, based on her review of the record, she "can find no non-frivolous issues for appeal." After engaging in an independent review of the record, *see United States v. Youla*, 241 F.3d 296, 299–300 (3d Cir.2001), we agree and therefore affirm the judgment of revocation of supervised release commitment. We also grant counsel's motion to withdraw.

* The Honorable William W Schwarzer, Senior District Judge for the Northern District of California, sitting by designation.